ACCEPTED
12-15-00141-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/30/2015 4:36:17 PM
Pam Estes
CLERK

**No. 12-15-00141-CV**

_____

IN THE COURT OF APPEALS
TWELFTH JUDICIAL DISTRICT OF TEXAS
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/30/2015 4:36:17 PM
PAM ESTES
Clerk

_____

MORRISON SUPPLY COMPANY, LLC and PATRIOT SUPPLY
HOLDINGS, INC.

v.

SCOTT HILBURN and MIKE ANTHONY

_____

**JOINT MOTION TO DISMISS APPEAL**

_____

*On Appeal from the 7th Judicial District Court,*
*Smith County, Texas*
*Trial Court No. 15-0792-A*

_____

TO THE HONORABLE TWELFTH COURT OF APPEALS:

Appellants and Appellees jointly move to dismiss this appeal, and in support

of this joint motion, state as follows:

1.      This is an appeal from an order denying Appellants' application for a

temporary injunction ("Order") in Cause No. 15-0792-A.

2.      Now, pursuant to Rule 42.1(a)(2) of the Texas Rules of Appellate

Procedure, the parties jointly request that the Court dismiss this appeal.  The

parties have reached an agreement that encompasses all of the issues raised in this

appeal, and the trial court has entered a Final Judgment based on the parties' agreement that resolves this dispute.

3. The parties agree that each will be responsible for its own costs.

Agreed to and signed on this 30th day of October, 2015.

|  |  |
|---|---|
| | /s/ Vanessa Griffith |
| Michael E. Starr | Vanessa Griffith |
|   State Bar No. 19078400 |   State Bar No. 00790469 |
| COGHLAN CROWSON LLP | Thomas S. Leatherbury |
| 1127 Judson Road |   State Bar No. 12095275 |
| Suite 211 | Stephen S. Gilstrap |
| Longview, Texas 75606 |   State Bar No. 24078563 |
| 903.758.5543 | VINSON & ELKINS LLP |
| mstarr@ccfww.com | 2001 Ross Avenue |
| | Suite 3700 |
| | Dallas, Texas 75201-2975 |
| | 214.220.7713 |
| | vgriffith@velaw.com |
| | tleatherbury@velaw.com |
| | sgilstrap@velaw.com |

**Attorneys for Appellants**

|  |  |
|---|---|
| | /s/ Trey Yarbrough |
| Keith Dollahite | Trey Yarbrough |
|   State Bar No. 05958550 |   State Bar No. 22133500 |
| M. KEITH DOLLAHITE, P.C. | Dallas W. Tharpe |
| 5457 Donnybrook Avenue |   State Bar No. 24052036 |
| Tyler, Texas 75703 | YARBROUGH WILCOX, PLLC |
| 903.581.2110 | 100 East Ferguson, Suite 1015 |
| keith@mkdlaw.us | Tyler, Texas 75702 |
| | 903.595.3111 |
| | trey@yw-lawfirm.com |
| | dallas@yw-lawfirm.com |

**Attorneys for Appellees**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following counsel of record via electronic filing on October 30, 2015:

Trey Yarbrough
State Bar No. 22133500
Dallas W. Tharpe
State Bar No. 24052036
YARBROUGH WILCOX, PLLC
100 East Ferguson, Suite 1015
Tyler, Texas 75702
903.595.3111
trey@yw-lawfirm.com
dallas@yw-lawfirm.com

Keith Dollahite
State Bar No. 05958550
M. KEITH DOLLAHITE, P.C.
5457 Donnybrook Avenue
Tyler, Texas 75703
903.581.2110
keith@mkdlaw.us


*/s/ Vanessa Griffith*
Vanessa Griffith

US 3857080

4